UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD) (SN)<br><br><br>Civil Docket Number: _____<br><br><br>**IRAN SHORT FORM**<br>**COMPLAINT AND DEMAND**<br>**FOR TRIAL BY JURY** |

Deborah Bodner, individually, as surviving sibling of Thomas F. Hughes, Jr.

Matthew Casey, individually, as surviving child of Kathleen Hunt-Casey

Kevin Casey, individually, as surviving spouse of Kathleen Hunt-Casey

Kevin Casey, as the Personal Representative of the Estate of Kathleen Hunt-Casey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathleen Hunt-Casey

Ben Huttler, individually, as surviving child of Joseph S. Huttler

Frida Huttler, individually, as surviving child of Joseph S. Huttler

Gideon Huttler, individually, as surviving child of Joseph S. Huttler

Miriam Zehava Huttler, individually, as surviving spouse of Joseph S. Huttler

Miriam Zehava Huttler, as the Personal Representative of the Estate of Joseph S. Huttler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph S. Huttler

Anne Ielpi, individually, as surviving parent of Jonathan Ielpi

AnneMarie Holleran, individually, as surviving sibling of Jonathan Ielpi

Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev, deceased, the late parent of Daniel Ilkanayev

Laura Israilov, individually, as surviving sibling of

docs-100217557.1

Daniel Ilkanayev

Matthew Jordan, individually, as surviving child of Andrew Jordan

Kelsey Jordan, individually, as surviving child of Andrew Jordan

Sean Jordan, individually, as surviving child of Andrew Jordan

Lisa Jordan, individually, as surviving spouse of Andrew Jordan

Lisa Jordan, as the Personal Representative of the Estate of Andrew Jordan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Jordan

Henry Karczewski, as Personal Representative of the Estate of Rose C. Karczewski, deceased, the late parent of Charles Henry Karczewski

Donna Cavanaugh, individually, as surviving sibling of Charles Henry Karczewski

Henry Karczewski, individually, as surviving parent of Charles Henry Karczewski

Philomena Ann Karczewski, individually, as surviving spouse of Charles Henry Karczewski

Philomena Ann Karczewski, as the Personal Representative of the Estate of Adianes Oyola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Henry Karczewski

Daniel T. Kirwin, individually, as surviving sibling of Glenn Kirwin

Peter M. Kirwin, individually, as surviving sibling of Glenn Kirwin

Andrew Kirwin, individually, as surviving sibling of Glenn Kirwin

Jon D. Kirwin, individually, as surviving sibling of Glenn Kirwin

Jennifer Kirwin Masse, individually, as surviving sibling of Glenn Kirwin

Virginia Krukowski, individually, as surviving sibling of William Krukowski

2

docs-100217557.1

Barbara Rastelli, individually, as surviving parent of William Krukowski

Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski, deceased, the late parent of William Krukowski

Corey LaFrance, individually, as surviving sibling of Alan LaFrance

Aubrey LaFrance, individually, as surviving sibling of Alan LaFrance

JoAnn Langone as Personal Representative of the Estate of Thomas Langone, deceased, the late sibling of Peter Langone

Joanne Langone, individually, as surviving sibling of Peter Langone

Rosemarie Langone, individually, as surviving sibling of Peter Langone

Terri Langone, individually, as surviving spouse of Peter Langone

Terri Langone, as the Personal Representative of the Estate of Peter Langone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Langone

Nikki Langone, individually, as surviving child of Peter Langone

Karli Langone, individually, as surviving child of Peter Langone

Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Peter Langone

JoAnn Langone, individually, as surviving spouse of Thomas Langone

JoAnn Langone, as the Personal Representative of the Estate of Thomas Langone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Langone

Caitlin Langone-Brewer, individually, as surviving child of Thomas Langone

Brian Langone, individually, as surviving child of Thomas Langone

docs-100217557.1

Joanne Langone, individually, as surviving sibling of Thomas Langone

Rosemarie Langone, individually, as surviving sibling of Thomas Langone

Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Thomas Langone

Terri Langone as Personal Representative of the Estate of Peter Langone, deceased, the late sibling of Thomas Langone

Jose Domingo Liz, individually, as surviving sibling of Nancy Liz

Jose Domingo Liz as Personal Representative of the Estate of Elena Liz, deceased, the late parent of Nancy Liz

William Stone Luckett, individually, as surviving child of Edward H. Luckett

Jennifer Grace Luckett, individually, as surviving child of Edward H. Luckett

Lisa Luckett, individually, as surviving spouse of Edward H. Luckett

Timothy Wyatt Luckett, individually, as surviving child of Edward H. Luckett

Lisa Luckett, as the Personal Representative of the Estate of Edward H. Luckett, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward H. Luckett

Kathryn Crawford Luckett, individually, as surviving sibling of Edward H. Luckett

Alexandra Ward Luckett, individually, as surviving sibling of Edward H. Luckett

James Taylor Luckett, individually, as surviving sibling of Edward H. Luckett

Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett, deceased, the late parent of Edward H. Luckett

Domenica Anna Lopez, individually, as surviving sibling of Anthony Luparello

Caterina Tavolacci, individually, as surviving sibling

4

Case 1:19-cv-11776-GBD-SN   Document 5   Filed 12/27/19   Page 5 of 20

of Anthony Luparello

Bruce Mariani, as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis Neil Mariani

Bruce Mariani, individually, as surviving sibling of Louis Neil Mariani

Lauren Peters, individually, as surviving child of Louis Neil Mariani

Edna May Massa, individually, as surviving spouse of Nicholas G. Massa

Donna Mercurio, individually, as surviving child of Nicholas G. Massa

Nicholas T. Massa, individually, as surviving child of Nicholas G. Massa

Denise McDonnell, individually, as surviving sibling of Michael Patrick McDonnell

Vincenza McDonnell, individually, as surviving parent of Michael Patrick McDonnell

Patrick A. McDonnell, individually, as surviving parent of Michael Patrick McDonnell

Kathleen Murphy, individually, as surviving sibling of Patrick McGuire

Thomas McGuire, individually, as surviving sibling of Patrick McGuire

John McGuire, individually, as surviving sibling of Patrick McGuire

Maureen Simpson, individually, as surviving sibling of Patrick McGuire

James McGuire, individually, as surviving sibling of Patrick McGuire

Jody Myers, as Personal Representative of the Estate of Terrence McGuire, deceased, the late sibling of Patrick McGuire

Sean McShane, individually, as surviving child of Terence McShane

Aidan McShane, individually, as surviving child of Terence McShane

Colin McShane, individually, as surviving child of

5

docs-100217557.1

Terence McShane

Catherine McShane, individually, as surviving spouse of Terence McShane

Catherine McShane, as the Personal Representative of the Estate of Terence McShane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Terence McShane

Elizabeth Miller, individually, as surviving child of Douglas Miller

Deborah Lynn Temple, individually, as surviving spouse of Vincent S. Morello

Justin John Morello, individually, as surviving child of Vincent S. Morello

Paige Celine Morello, individually, as surviving child of Vincent S. Morello

John Morello, individually, as surviving parent of Vincent S. Morello

Patricia Morello, individually, as surviving parent of Vincent S. Morello

Deborah Lynn Temple, as the Personal Representative of the Estate of Vincent S. Morello, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent S. Morello

Colleen Golden, individually, as surviving child of Richard Morgan

John Morris III, individually, as surviving sibling of Seth Morris

Laura Nogaj, individually, as surviving spouse of Stephen Philip Morris

John Doe 71, being intended to designate the Personal Representative of the Estate of Stephen Philip Morris, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members

6

docs-100217557.1

of Stephen Philip Morris

John Michael Nee, individually, as surviving sibling of Luke Girard Nee

Dolores Laguerre, individually, as surviving sibling of Diana O'Connor

Jimmy Vega, individually, as surviving sibling of Diana O'Connor

Minerva Galarza, individually, as surviving sibling of Diana O'Connor

Sonia Vega, individually, as surviving sibling of Diana O'Connor

Miriam Roman, individually, as surviving sibling of Diana O'Connor

Aida Cintron, individually, as surviving sibling of Diana O'Connor

Plaintiff(s),

- against –

ISLAMIC REPUBLIC OF IRAN,

Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of October 28, 2019, ECF No. 5234. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all

7

causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check only one complaint**]:

□ Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

8

☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4.      In addition, each Plaintiff hereby asserts the following additional causes of action:

☒ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

☒ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5.      The following allegations and information are alleged on behalf of each

individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form

Complaint, herein referred to as "Plaintiffs."

a.  The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this
    Iran Short Form Complaint.

b.  Plaintiff is entitled to recover damages on the causes of action set forth in the
    complaint identified above, as joined by this Iran Short Form Complaint, and
    as further asserted within this Iran Short Form Complaint.

c.  As indicated at Appendix 1, Plaintiff (i) is the estate representative of
    someone who was killed as a result of the September 11, 2001 Terrorist
    Attacks; (ii) is the surviving immediate family member of someone who was
    killed as a result of the September 11, 2001 Terrorist Attacks; and/or
    (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist
    Attacks.

d.  For those plaintiffs with personal injury claims, as indicated in Appendix 1, on
    or after September 11, 2001, said Plaintiff was present at the Pentagon and/or
    the World Trade Center site and/or its surroundings and/or lower Manhattan
    and/or at an area wherein he/she was exposed to toxins as a result of the
    terrorist attacks and was exposed to toxins from the attacks, and/or was
    otherwise injured, and/or as otherwise alleged, as stated specifically in
    Appendix 1.

e.  For those plaintiffs with personal injury and/or wrongful death claims, as
    indicated in Appendix 1, as a direct, proximate and foreseeable result of
    Defendant's actions or inactions, Plaintiff or his or her decedent suffered
    bodily injury and/or death, and consequently economic and other losses,
    including but not limited to pain and suffering, emotional distress,
    psychological injuries, and loss of enjoyment of life, and/or as described in the
    Iran Short Form Complaint, and/or as otherwise may be specified in
    subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.  The name, relationship to the injured and/or deceased September 11 victim,
    residency, citizenship/nationality, and the general nature of the claim for each
    plaintiff asserting wrongful death and/or solatium claims is listed on the
    attached Appendix 1, and is incorporated herein as allegations, with all
    allegations of the related complaints, as specified above, deemed alleged as to
    each Plaintiff.

docs-100217557.1

## IDENTIFICATION OF THE DEFENDANT

6.      The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7.      By filing this Iran Short Form Complaint, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

8.      By filing this Iran Short Form Complaint, Plaintiffs are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9.      Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.


Dated: December 23, 2019

Respectfully submitted,


/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Samantha E. Smith, Esq.
Stephen Wah, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York
Telephone: 212-278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com
ssmith@andersonkill.com
swah@andersonkill.com

*Attorneys for Plaintiffs*


11

docs-100217557.1

## APPENDIX

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by 9/11 Decedent's last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 1 | Deborah Bodner | NC | United States | Thomas F. Hughes, Jr. | Sibling | United States | Solatium |
| 2 | Matthew Casey | NJ | United States | Kathleen Hunt-Casey | Child | United States | Solatium |
| 3 | Kevin Casey | NJ | United States | Kathleen Hunt-Casey | Spouse | United States | Solatium |
| 4 | Kevin Casey | NJ | United States | Kathleen Hunt-Casey | PR | United States | Solatium/ Wrongful Death |
| 5 | Ben Huttler | CA | United States | Joseph S. Huttler | Child | United States | Solatium |
| 6 | Frida Huttler | CA | United States | Joseph S. Huttler | Child | United States | Solatium |
| 7 | Gideon Huttler | CA | United States | Joseph S. Huttler | Child | United States | Solatium |
| 8 | Miriam Zehava Huttler | CA | United States | Joseph S. Huttler | Spouse | United States | Solatium |

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

[2] The PRs identified below are bringing solatium claims on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

12

| | Plaintiff's Name (alphabetical by 9/11 Decedent's last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 9 | Miriam Zehava Huttler | CA | United States | Joseph S. Huttler | PR | United States | Solatium/ Wrongful Death/Personal Injury |
| 10 | Anne Ielpi | NY | United States | Jonathan Ielpi | Parent | United States | Solatium |
| 11 | AnneMarie Holleran | NY | United States | Jonathan Ielpi | Sibling | United States | Solatium |
| 12 | Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev | NY | United States | Daniel Ilkanayev | Parent (Deceased) | United States | Solatium |
| 13 | Laura Israilov | NY | United States | Daniel Ilkanayev | Sibling | United States | Solatium |
| 14 | Matthew Jordan | NY | United States | Andrew Jordan | Child | United States | Solatium |
| 15 | Kelsey Jordan | NY | United States | Andrew Jordan | Child | United States | Solatium |
| 16 | Sean Jordan | NY | United States | Andrew Jordan | Child | United States | Solatium |
| 17 | Lisa Jordan | NY | United States | Andrew Jordan | Spouse | United States | Solatium |
| 18 | Lisa Jordan | NY | United States | Andrew Jordan | PR | United States | Solatium/ Wrongful Death |
| 19 | Henry Karczewski, as Personal Representative of the Estate of Rose C. Karczewski | NJ | United States | Charles Henry Karczewski | Parent (Deceased) | United States | Solatium |

13

| | Plaintiff's Name (alphabetical by 9/11 Decedent's last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 20 | Donna Cavanaugh | NJ! | United States | Charles Henry Karczewski | Sibling | United States | Solatium |
| 21 | Henry Karczewski | NJ | United States | Charles Henry Karczewski | Parent | United States | Solatium |
| 22 | Philomena Ann Karczewski | NJ | United States | Charles Henry Karczewski | Spouse | United States | Solatium |
| 23 | Philomena Ann Karczewski | NJ | United States | Charles Henry Karczewski | PR | United States | Solatium/ Wrongful Death |
| 24 | Daniel T. Kirwin | RI | United States | Glenn Kirwin | Sibling | United States | Solatium |
| 25 | Peter M. Kirwin | NY | United States | Glenn Kirwin | Sibling | United States | Solatium |
| 26 | Andrew Kirwin | NY | United States | Glenn Kirwin | Sibling | United States | Solatium |
| 27 | Jon D. Kirwin | NY | United States | Glenn Kirwin | Sibling | United States | Solatium |
| 28 | Jennifer Kirwin Masse | MA | United States | Glenn Kirwin | Sibling | United States | Solatium |
| 29 | Virginia Krukowski | FL | United States | William Krukowski | Sibling | United States | Solatium |
| 30 | Barbara Rastelli | FL | United States | William Krukowski | Parent | United States | Solatium |
| 31 | Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski | FL | United States | William Krukowski | Parent (Deceased) | United States | Solatium |
| 32 | Corey LaFrance | FL | United States | Alan LaFrance | Sibling | United States | Solatium |

14

| | Plaintiff's Name (alphabetical by 9/11 Decedent's last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 33 | Aubrey LaFrance | NY | United States | Alan LaFrance | Sibling | United States | Solatium |
| 34 | JoAnn Langone as Personal Representative of the Estate of Thomas Langone | NY | United States | Peter Langone | Sibling (Deceased) | United States | Solatium |
| 35 | Joanne Langone | NY | United States | Peter Langone | Sibling | United States | Solatium |
| 36 | Rosemarie Langone | NY | United States | Peter Langone | Sibling | United States | Solatium |
| 37 | Terri Langone | NY | United States | Peter Langone | Spouse | United States | Solatium |
| 38 | Terri Langone | NY | United States | Peter Langone | PR | United States | Solatium/ Wrongful Death |
| 39 | Nikki Langone | NY | United States | Peter Langone | Child | United States | Solatium |
| 40 | Karli Langone | NY | United States | Peter Langone | Child | United States | Solatium |
| 41 | Rosemarie Langone as Personal Representative of the Estate of Sheila Langone | NY | United States | Peter Langone | Parent (Deceased) | United States | Solatium |
| 42 | JoAnn Langone | NY | United States | Thomas Langone | Spouse | United States | Solatium |
| 43 | JoAnn Langone | NY | United States | Thomas Langone | PR | United States | Solatium/ Wrongful Death |
| 44 | Caitlin Langone-Brewer | NJ | United States | Thomas Langone | Child | United States | Solatium |

15

| | Plaintiff's Name (alphabetical by 9/11 Decedent's last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 45 | Brian Langone | CA | United States | Thomas Langone | Child | United States | Solatium |
| 46 | Joanne Langone | NY | United States | Thomas Langone | Sibling | United States | Solatium |
| 47 | Rosemarie Langone | NY | United States | Thomas Langone | Sibling | United States | Solatium |
| 48 | Rosemarie Langone as Personal Representative of the Estate of Sheila Langone | NY | United States | Thomas Langone | Parent (Deceased) | United States | Solatium |
| 49 | Terri Langone as Personal Representative of the Estate of Peter Langone | NY | United States | Thomas Langone | Sibling (Deceased) | United States | Solatium |
| 50 | Jose Domingo Liz | NY | United States | Nancy Liz | Sibling | United States | Solatium |
| 51 | Jose Domingo Liz as Personal Representative of the Estate of Elena Liz | NY | United States | Nancy Liz | Parent (Deceased) | United States | Solatium |
| 52 | William Stone Luckett | NJ | United States | Edward H. Luckett | Child | United States | Solatium |
| 53 | Jennifer Grace Luckett | NJ | United States | Edward H. Luckett | Child | United States | Solatium |
| 54 | Lisa Luckett | NJ | United States | Edward H. Luckett | Spouse | United States | Solatium |
| 55 | Timothy Wyatt Luckett | NJ | United States | Edward H. Luckett | Child | United States | Solatium |

docs-100217557.1

| | Plaintiff's Name (alphabetical by 9/11 Decedent's last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 56 | Lisa Luckett | NJ | United States | Edward H. Luckett | PR | United States | Solatium/ Wrongful Death |
| 57 | Kathryn Crawford Luckett | RI | United States | Edward H. Luckett | Sibling | United States | Solatium |
| 58 | Alexandra Ward Luckett | SC | United States | Edward H. Luckett | Sibling | United States | Solatium |
| 59 | James Taylor Luckett | NC | United States | Edward H. Luckett | Sibling | United States | Solatium |
| 60 | Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett | SC | United States | Edward H. Luckett | Parent (Deceased) | United States | Solatium |
| 61 | Domenica Anna Lopez | NY | United States | Anthony Luparello | Sibling | United States | Solatium |
| 62 | Caterina Tavolacci | NY | United States | Anthony Luparello | Sibling | United States | Solatium |
| 63 | Bruce Mariani, as Personal Representative of the Estate of Hazel Lillian Mariani | NH | United States | Louis Neil Mariani | Parent (Deceased) | United States | Solatium |
| 64 | Bruce Mariani | NH | United States | Louis Neil Mariani | Sibling | United States | Solatium |
| 65 | Lauren Peters | NY | United States | Louis Neil Mariani | Child | United States | Solatium |
| 66 | Edna May Massa | FL | United States | Nicholas G. Massa | Spouse | United States | Solatium |

17

| | Plaintiff's Name (alphabetical by 9/11 Decedent's last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 67 | Donna Mercurio | NJ | United States | Nicholas G. Massa | Child | United States | Solatium |
| 68 | Nicholas T. Massa | FL | United States | Nicholas G. Massa | Child | United States | Solatium |
| 69 | Denise McDonnell | NY | United States | Michael Patrick McDonnell | Sibling | United States | Solatium |
| 70 | Vincenza McDonnell | NY | United States | Michael Patrick McDonnell | Parent | United States | Solatium |
| 71 | Patrick A. McDonnell | NY | United States | Michael Patrick McDonnell | Parent | United States | Solatium |
| 72 | Kathleen Murphy | NY | United States | Patrick McGuire | Sibling | United States | Solatium |
| 73 | Thomas McGuire | NY | United States | Patrick McGuire | Sibling | United States | Solatium |
| 74 | John McGuire | NY | United States | Patrick McGuire | Sibling | United States | Solatium |
| 75 | Maureen Simpson | NY | United States | Patrick McGuire | Sibling | United States | Solatium |
| 76 | James McGuire | MA | United States | Patrick McGuire | Sibling | United States | Solatium |
| 77 | Jody Myers, as Personal Representative of the Estate of Terrence McGuire | MA | United States | Patrick McGuire | Sibling (Deceased) | United States | Solatium |
| 78 | Sean McShane | NY | United States | Terence McShane | Child | United States | Solatium |
| 79 | Aidan McShane | FL | United States | Terence McShane | Child | United States | Solatium |

18

docs-100217557.1

| | Plaintiff's Name (alphabetical by 9/11 Decedent's last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 80 | Colin McShane | NY | United States | Terence McShane | Child | United States | Solatium |
| 81 | Catherine McShane | NY | United States | Terence McShane | Spouse | United States | Solatium |
| 82 | Catherine McShane | NY | United States | Terence McShane | PR | United States | Solatium/ Wrongful Death |
| 83 | Elizabeth Miller | PA | United States | Douglas Miller | Child | United States | Solatium |
| 84 | Deborah Lynn Temple | VA | United States | Vincent S. Morello | Spouse | United States | Solatium |
| 85 | Justin John Morello | VA | United States | Vincent S. Morello | Child | United States | Solatium |
| 86 | Paige Celine Morello | VA | United States | Vincent S. Morello | Child | United States | Solatium |
| 87 | John Morello | NY | United States | Vincent S. Morello | Parent | United States | Solatium |
| 88 | Patricia Morello | NY | United States | Vincent S. Morello | Parent | United States | Solatium |
| 89 | Deborah Lynn Temple | VA | United States | Vincent S. Morello | PR | United States | Solatium/ Wrongful Death |
| 90 | Colleen Golden | NJ | United States | Richard Morgan | Child | United States | Solatium |
| 91 | John Morris III | PA | United States | Seth Morris | Sibling | United States | Solatium |
| 92 | Laura Nogaj | FL | United States | Stephen Philip Morris | Spouse | United Kingdom | Solatium |
| 93 | John Doe 71 | FL | United States | Stephen Philip Morris | PR | United Kingdom | Solatium/ Wrongful Death |
| 94 | John Michael Nee | NY | United States | Luke Girard Nee | Sibling | United States | Solatium |

19

| | Plaintiff's Name (alphabetical by 9/11 Decedent's last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 95 | Dolores Laguerre | NY | United States | Diana O'Connor | Sibling | United States | Solatium |
| 96 | Jimmy Vega | PA | United States | Diana O'Connor | Sibling | United States | Solatium |
| 97 | Minerva Galarza | FL | United States | Diana O'Connor | Sibling | United States | Solatium |
| 98 | Sonia Vega | NY | United States | Diana O'Connor | Sibling | United States | Solatium |
| 99 | Miriam Roman | NY | United States | Diana O'Connor | Sibling | United States | Solatium |
| 100 | Aida Cintron | NY | United States | Diana O'Connor | Sibling | United States | Solatium |

20