Ex.B

| # | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | Date of Death | 9/11 Site | Claim Information | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | | | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | |
| 1 | | | | | Alfredo | | Bordenabe | | | Krystine | | Bordenabe | | USA | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 2 | | | | | Andrew | Thomas | Godsil | | USA | Krystine | | Bordenabe | | USA | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 3 | | | | | Julia | Elise | Ciccone | | USA | Alex | F. | Ciccone | | USA | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 4 | | | | | Stephen | | Ciccone | | USA | Alex | F. | Ciccone | | USA | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 5 | | | | | Cristian | Michael | Diaz-Piedra | | USA | Michael | Angelo | Diaz-Piedra | III | USA | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 2 | 10671 at 3 | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 6 | Kyle | | Foster | | Kenneth | | Foster | | USA | Sandra | N. | Foster | | USA | 9/11/2001 | VA | 18cv12276 | 18cv12276, 1 at 8 | 10807 at 3 | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A | |
| 7 | | | | | Deborah | | Ivory | | USA | Lacey | B. | Ivory | | USA | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 6 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 8 | | | | | Suzanne | Ledee | Garcia | | USA | Kenneth | Charles | Ledee | | USA | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 1 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 9 | Neanta | | McCants | | Trisha | Diaonne | McCants | | USA | Judy | | Rowlett | | USA | 9/11/2001 | VA | 22cv10823 | 22cv10823, 1 at 2 | | Child (Deceased) | N/A | N/A | $8,500,000.00 | N/A | |
| 10 | | | | | John | | Ruddle | | USA | David | Michael | Ruddle | | USA | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 3 | 10806 at 3 | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 11 | Mary | | Migliaccio | | James | | Schuler | | USA | Susan | Lee | Schuler | | USA | 9/11/2001 | NY | 18cv05331 | 18cv05331, 5 at 7 | 10805 at 3 | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A | |
| 12 | | | | | Donald | B. | Smith | | USA | Gary | Francis | Smith | | USA | 9/11/2001 | VA | 22cv10823 | 22cv10823, 1 at 1 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |