Exhibit B - Estates (U.S. National)

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Marie | | Halloran | | Vincent | | Halloran | | USA | 9/11/01 | NY | 19cv11767 | 5 at pg 20 | 15cv9903, 53 | N/A | $2,000,000.00 | | Economic | 12/23/03 | N/A | $ 3,612,754.00 | |
| 2 | Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11/01 | NY | 19cv11776 | 5 at pg 13 | 15cv9903, 53 | N/A | $2,000,000.00 | | Economic | 12/11/03 | N/A | $ 2,607,424.00 | |
| 3 | | | | | | | | | | | | | | | | | $ - | | | | $ - | |
| 4 | | | | | | | | | | | | | | | | | $ - | | | | $ - | |

Exhibit B- Solatium - (U.S. National)

| # | Personal Representative ||| | Claimant ||||| | 9/11 Decedent ||||||| | Claim Information |||| | Solatium Damages |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Col | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Marie |  | Halloran |  | Marie |  | Halloran |  | USA | Vincent |  | Halloran |  | USA | 9/11/01 | NY |  | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Spouse | 03md1570, #7522 | 1/4/22 | $ 12,500,000.00 |  |
| 2 |  |  |  |  | Declan |  | Halloran |  | USA | Vincent |  | Halloran |  | USA | 9/11/01 | NY |  | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 |  |
| 3 |  |  |  |  | Phelan |  | Halloran |  | USA | Vincent |  | Halloran |  | USA | 9/11/01 | NY |  | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 |  |
| 4 |  |  |  |  | Jake |  | Halloran |  | USA | Vincent |  | Halloran |  | USA | 9/11/01 | NY |  | 19cv11767 | 5 pg 19 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 |  |
| 5 |  |  |  |  | Kieran |  | Halloran |  | USA | Vincent |  | Halloran |  | USA | 9/11/01 | NY |  | 19cv11767 | 5 pg 19 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 |  |
| 6 |  |  |  |  | Aidan |  | Halloran |  | USA | Vincent |  | Halloran |  | USA | 9/11/01 | NY |  | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 |  |
| 7 |  |  |  |  | Conor |  | Halloran |  | USA | Vincent |  | Halloran |  | USA | 9/11/01 | NY |  | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 |  |
| 8 | Lisa |  | Jordan |  | Lisa |  | Jordan |  | USA | Andrew |  | Jordan |  | USA | 9/11/01 | NY |  | 19cv11776 | 5 pg 13 | 15cv9903, 53 | Spouse | 03md1570, #7522 | 1/4/22 | $ 12,500,000.00 |  |
| 9 |  |  |  |  | Matthew |  | Jordan |  | USA | Andrew |  | Jordan |  | USA | 9/11/01 | NY |  | 19cv11776 | 5 pg 13 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 |  |
| 10 |  |  |  |  | Kelsey |  | Jordan |  | USA | Andrew |  | Jordan |  | USA | 9/11/01 | NY |  | 19cv11776 | 5 pg 13 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 |  |
| 11 |  |  |  |  | Sean |  | Jordan |  | USA | Andrew |  | Jordan |  | USA | 9/11/01 | NY |  | 19cv11776 | 5 pg 13 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 |  |